UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DMB FINANCIAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SYMPLE LENDING, LLC, and <br> BEYOND FINANCE, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 1:21-CV-12065-FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DMB FINANCIAL, LLC'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the plaintiff, DMB FINANCIAL, LLC, certifies that DMB FINANCIAL, LLC has no corporate parents and no publicly held corporations own 10% or more of DMB FINANCIAL, LLC.

                                              Respectfully submitted,

                                              **DMB FINANCIAL, LLC**
                                              By its attorneys,

                                              */s/ Gregory S. Paonessa*
                                              Shepard Davidson (BBO #557082)
                                              sdavidson@burnslev.com
                                              Gregory S. Paonessa (BBO #691216)
                                              gpaonessa@burnslev.com
                                              Burns & Levinson LLP
                                              125 High Street
                                              Boston, MA 02110
Dated: February 8, 2022                      617-345-3000

## **CERTIFICATE OF SERVICE**

      I, Gregory S. Paonessa, hereby certify that on the date below I electronically filed the foregoing Local Rule 7.1 Disclosure of DMB Financial, LLC using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

                                          */s/ Gregory S. Paonessa*
                                          Gregory S. Paonessa (BBO # 691216)

Dated: February 8, 2022

4866-2784-1036.1