UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DMB FINANCIAL, LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 21-CV-12065-FDS |
| SYMPLE LENDING, LLC, | ) | |
| Defendant. | ) | |

## SYMPLE LENDING, LLC'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendants, SYMPLE LENDING, LLC, identifies Blackstone Holdings Group, LLC, a Wyoming corporation, as a corporate parent and certifies that SYMPLE LENDING, LLC has no publicly held corporations own 10% or more of SYMPLE LENDING, LLC.

Respectfully submitted,

**SYMPLE LENDING, LLC**

/s/ Jonathan R. Voegele
Jonathan R. Voegele (BBO # 684971)
Damon M. Seligson (BBO #632763)
SHEEHAN PHINNEY BASS & GREEN PA
28 State Street, 22nd Floor
Boston, MA 02109
617-897-5600
jvoegele@sheehan.com
dseligson@sheehan.com

Dated: March 10, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below I electronically filed the foregoing Local Rule 7.1 Disclosures of Symple Lending, LLC using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

/s/ Jonathan R. Voegele
Jonathan R. Voegele (BBO #684971)

Dated: March 10, 2022